UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PRATS, ET AL.                                        CIVIL ACTION

VERSUS                                               NO: 11-1765

GRACO CHILDREN'S PRODUCTS, INC.                      SECTION: "J" (3)

### ORDER

Considering Defendant's **Motion in Limine to Require that S.D.P. Be Present for Voir Dire (Rec. Doc. 53)** and Plaintiffs' opposition thereto **(Rec. Doc. 64)**,

**IT IS HEREBY ORDERED** that Defendant's motion is **DENIED.**

New Orleans, Louisiana, this 12th day of October 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE