UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PRATS, ET AL.                                          CIVIL ACTION

VERSUS                                                 NO: 11-1765

GRACO CHILDREN'S PRODUCTS, INC.                        SECTION: "J" (3)

**ORDER**

Before the Court are Defendant's **Motion in Limine to Exclude Evidence of Damages Related to S.D.P.'s Infantile Spasms (Rec. Doc. 60)** and Plaintiffs' opposition thereto **(Rec. Doc. 70)**. Having considered the motion and memoranda of counsel, the record, and the applicable law, the Court finds that Defendant's motion should be **DENIED**. The issues raised in Defendant's motion are issues of fact that are appropriate for jury determination, not judicial exclusion. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion is **DENIED.**

New Orleans, Louisiana, this 12th day of October 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE